UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY HERNANDEZ,
       Plaintiff,

No. 1:09-cv-037

-v-

HONORABLE PAUL L. MALONEY

CINDI CURTAIN,
       Defendant.

## JUDGMENT

Having granted Defendant Curtain's motion for summary judgment, all pending claims have been resolved. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor or Defendant Curtain and against Plaintiff Hernandez.

This action is **TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 6, 2009                          /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge